IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTILLION DATA SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS COMMUNICATIONS COMPANY<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-866 (GMS)<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>: |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that, effective February 28, 2005, Dale R. Dubé, Esquire, of Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801 (email: dube@blankrome.com), hereby enters her appearance on behalf of plaintiffs Centillion Data Systems, LLC, in place of Mary B. Matterer, Esquire.

Please update all service lists and mailing matrixes accordingly.

Respectfully submitted,

Dated: March 4, 2005

*Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com