## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2005, I electronically filed this NOTICE OF ENTRY OF APPEARANCE with the Clerk of Court using CM/EMF which will send notification of such filing(s) to the following:

>Arthur G. Connolly III, Esq.
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

I hereby certify that on March 4, 2005, I have sent by e-mail and Federal Express, the document to the following non-registered participant:

>Michael O. Warnecke
>David R. Melton
>Douglas L. Sawyer
>MAYER, BROWN, ROWE & MAW LLP
>190 South LaSalle Street
>Chicago, IL 60603
>(312) 782-0600

*Dale R. Dubé*

Dale R. Dubé (I.D. No. 2863)
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com