# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTILLION DATA SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-0866 GMS |
| CITIZENS COMMUNICATIONS COMPANY | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Mary B. Matterer now of the law firm of Morris, James, Hitchens & Williams LLP withdraws her appearance on behalf of Plaintiff Centillion Data Systems, LLC.

Dated: March 7, 2005

　　　　　　　　　　　　　　　　　　*/s/ Mary B. Matterer*
　　　　　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS &
　　　　　　　　　　　　　　　　WILLIAMS LLP
　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　302.888.6800
　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2005, I electronically filed the foregoing document, **NOTICE OF WITHDRAWAL OF APPEARANCE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Arthur G. Connolly, III, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 7th day of March, 2005, the foregoing document was served via email on the following non-registered participant:

Michael O. Warnecke, Esq.
David R. Melton, Esq.
Douglas L. Sawyer, Esq.
MAYER, BROWN, ROWE & MAW LLP
190 South LaSalle Street
Chicago, IL  60603-3441

                                        */s/ Mary B. Matterer*
                                      Mary B. Matterer (#2696)
                                      MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                      222 Delaware Avenue, 10th Floor
                                      Wilmington, Delaware 19801
                                      302.888.6800
                                      mmatterer@morrisjames.com