## ATTACHMENT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CENTILLION DATA SYSTEMS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-0866-GMS |
| CITIZENS COMMUNICATIONS COMPANY, | : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |

### CONFIDENTIALITY AGREEMENT

I, _____, being first duly sworn on oath, depose and say: that I reside at _____; that I am employed by _____ in the capacity of _____; that I have read a copy of the Protective Order entered in this case on March \_\_\_\_, 2005; that I recognize that during my participation in this case, I may have occasion to read or hear matters that are designated "Confidential"; that I agree not to disclose any such confidential matter to any person not entitled to receive disclosure of the same under the provisions of such Protective Order; that I agree to use any such confidential matter solely for the purposes appropriate to my participation in this case; and that I agree to abide by said Protective Order in every respect.

117629.00166/40151291v1

By: _____

SUBSCRIBED AND SWORN TO
before me this _____ day
of _____, 2005.
_____ (SEAL)
    Notary Public

117629.00166/40151291v1