IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTILLION DATA SYSTEMS, LLC, : <br> : <br> Plaintiff, : <br> v. : <br> : <br> CITIZENS COMMUNICATIONS COMPANY, : <br> : <br> Defendant. : | Civil Action No. 04-0866-GMS <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Based upon the foregoing Stipulation, and good cause having been shown, **IT IS APPROVED AND SO ORDERED** THIS ___ DAY OF _____, 2005.

_____
The Honorable Gregory N. Sleet, J.

117629.00166/40151291v1