IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CENTILLION DATA SYSTEMS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-866-GMS |
| | : | |
| CITIZENS COMMUNICATIONS COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **27ᵗʰ** day of **April, 2005**.

IT IS ORDERED that the teleconference scheduled for Thursday, April 28, 2005 at 8:00 a.m. with Magistrate Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE