

**BLANK ROME LLP**
COUNSELORS AT LAW

*Phone:*   *(302) 425-6467*
*Fax:*     *(302) 425-6464*
*Email:*   *dube@blankrome.com*

June 21, 2005

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Centillion Data Systems, LLC v. Citizens Communications Co.,*
       **C.A. No. 04-866-GMS**

Your Honor:

This is to advise the Court that the above-referenced matter has been settled. The parties anticipate that a joint stipulation of dismissal will be filed shortly. In the interim, all dates reserved by the Court for this matter may be released.

Counsel is available by telephone, should Your Honor have any questions.

Respectfully,

Dale Dubé

Dale R. Dubé (#2863)

DRD/pb
cc:   Clerk of the Court (by electronic filing)
      Arthur G. Connolly, III, Esquire (by electronic service)
      Grant S. Palmer, Esquire (by email)