IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CENTILLION DATA SYSTEMS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-866 (GMS) |
| CITIZENS COMMUNICATIONS COMPANY, | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

## STIPULATION AND ORDER OF DISMISSAL

The parties hereto, by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree to dismiss the above-captioned matter in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP           BLANK ROME LLP

/s/                                      /s/
Arthur G. Connolly, III (I.D. #2667)     Dale R. Dubé (I.D. #2863)
The Nemours Building                     1201 Market Street
1007 North Orange Street                 Suite 800
Wilmington, DE 19801                     Wilmington, DE 19801
(302) 658-9141                           (302) 425-6400


SO ORDERED this _____ day of _____, 2005.


_____
Hon. Gregory M. Sleet
United States District Judge

117629.00166/40154489v1